# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-3294

_____

Travis Scott Almer

*Plaintiff - Appellant*

v.

Justin Hanson, acting in his individual capacity; Ronald Kind, acting in his individual capacity; Laif Rognlin, acting in his individual capacity; Cass County

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Eastern

_____

Submitted: May 6, 2025
Filed: May 9, 2025
[Unpublished]

_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Travis Almer appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties arguments on appeal, we find no basis for reversal. See Allen v. Monico, 27 F.4th 1372, 1376 (8th Cir. 2022) (reviewing de novo grant of motion to dismiss).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Peter D. Welte, Chief Judge, United States District Court for the District of North Dakota.